```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    HELENA DIVISION
```

BETTIE BRADLEY                                           PLAINTIFF

V.                    CASE NO. 2:11CV00047 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                  DEFENDANT

### JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner and remanding this case for further evaluation consistent with the findings of the Court.

SO ADJUDGED this 23rd day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE