**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

| | |
|---|---|
| BETTIE BRADLEY, | ) |
| Plaintiff, | ) |
| | ) **Case No. 2:11-CV-00047 JTK** |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, Commissioner, | ) |
| Social Security Administration | ) |
| Defendant. | ) |

**ORDER**

Pending is Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Doc. No. 19). Plaintiff requests $2,630.72 in fees and other expenses. The Commissioner has indicated that Plaintiff's request is reasonable for the services rendered in this case and that he does not object to the motion. Therefore, the Court hereby finds that Plaintiff's motion is GRANTED.

EAJA fees are payable to Plaintiff, not Plaintiff's attorney, and such fees are subject to an offset when the Plaintiff has outstanding federal debts. *See Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). Therefore, subject to any offset, payment by check to the order of the Plaintiff, in care of his attorney, will issue to Plaintiff's attorney.

Accordingly, Plaintiff is awarded $2,630.72 in fees and expenses.

IT IS SO ORDERED this 12th day of June, 2012.

_____
United States Magistrate Judge